IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY, | § | |
| | § | No. 243, 2015 |
| Defendant Below, | § | |
| Appellant/Cross-Appellee, | § | |
| | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | in and for New Castle County |
| | § | |
| PROFESSIONAL INVESTIGATION | § | C.A. No. N12C-06-196 |
| & CONSULTING AGENCY, INC., | § | |
| d/b/a PICA, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee/Cross-Appellant. | § | |

Submitted: December 2, 2015
Decided: December 4, 2015

Before **STRINE, Chief Justice**; **VALIHURA,** and **SEITZ**, Justices.

## **ORDER**

On this 4th day of December, 2015, the Court, having carefully considered this matter after oral argument and on the briefs filed by the parties, has determined that the factual findings of the jury are supported by the evidence and the Superior Court did not err in its legal determinations.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice